**NUSSBAUM APC**
Lane M. Nussbaum, SBN 264200
Richard J. Uss, SBN 273871
27489 Agoura Road, Suite 102
Agoura Hills, CA 91301
Tel. (818) 660-1919 Fax (818) 769-7959

Attorneys for Plaintiff Rob Kolson Creative Productions, Inc.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB KOLSON CREATIVE PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARSHALL SCOTT STANDER, <br><br> Defendants | Bankruptcy Case No.: 1:19-bk-13099-MT <br><br> Chapter No.: 7 <br><br> Adversary Case No.: 1:20-ap-01025-MT <br><br> **Notice of Mandatory Compliance with Bankruptcy Rule 7026 and Local Bankruptcy Rule 7026-1** |

**TO ALL INTERESTED PARTIES:**

//
//
//
//
//

---

**NOTICE**

1     **PLEASE TAKE NOTICE** that Local Bankruptcy Rule 7026-1(a) requires
2 compliance with Federal Rule of Bankruptcy Procedure 7026 and Local
3 Bankruptcy Rule 7026-1 in this adversary proceeding.

5 Dated: March 10, 2020

                                                        Joseph P. Simon
                                                        Nussbaum APC

NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
27489 Agoura Road, Ste. 102, Agoura Hills, CA 93101

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:
COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO SECTION 727 OF THE BANKRUPTCY CODE and

NOTICE OF MANDATORY COMPLIANCE WITH BR RULE 7026 AND LBR 7026-1

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **03/10/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Hon. Maureen A. Tighe | Marshall Scott Stander | Leslie Cohen |
| US Bankruptcy Court, San Fernando Valley Division | 3834 Magnolia Blvd. | Leslie Cohen Law PC |
| 21041 Burbank Blvd., Ste. 304 | Sherman Oaks, CA 91423 | 506 Santa Monica Blvd., Ste. 200 |
| Woodland Hills, CA 91367 | | Santa Monica, CA 90401 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/10/2020 | Joseph P. Simon | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.