United States Bankruptcy Court
Central District of California

Rob Kolson Creative Productions, Inc.,
    Plaintiff                                                                Adv. Proc. No. 20-01025-GM

Stander,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-1          User: egonzalez          Page 1 of 1          Date Rcvd: Jul 21, 2020
                           Form ID: pdf031         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2020.
dft            +Marshall Scott Stander,    13834 Magnolia Blvd.,    Sherman Oaks, CA 91423-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla               Rob Kolson Creative Productions, Inc.
                                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2020 at the address(es) listed below:
               David Keith Gottlieb (TR)     dkgtrustee@dkgallc.com,    dgottlieb@iq7technology.com,
                rjohnson@dkgallc.com,akuras@dkgallc.com
               Lane M Nussbaum    on behalf of Plaintiff   Rob Kolson Creative Productions, Inc.
                lnussbaum@nussbaumapc.com,    info@nussbaumapc.com
               Leslie A Cohen     on behalf of Defendant Marshall Scott Stander leslie@lesliecohenlaw.com,
                jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
               United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                                                                    TOTAL: 4

**FILED & ENTERED**

JUL 21 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egonzale DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Marshall Scott Stander<br><br><br><br>Debtor(s). | CHAPTER 7<br><br>Case No.:  1:19-bk-13099-GM<br>Adv No:   1:20-ap-01025-GM<br><br>**ORDER DENYING MOTION TO DISMISS ADVERSARY PROCEEDING**<br><br>Date:        July 21, 2020<br>Time:       11:00 AM<br>Courtroom: 303 |
| Rob Kolson Creative Productions, Inc.<br><br>Plaintiff(s),<br>v.<br><br>Marshall Scott Stander<br><br><br>Defendant(s). | |

  Defendant Marshall Stander filed this motion to dismiss the above adversary proceeding.  Leslie A. Cohen appeared on behalf of the defendant, Wayne M. Abb appeared on behalf of the plaintiff.  After argument by Ms. Cohen, the court adopted its tentative ruling, which is now on the docket.

  The motion to dismiss is denied.

-1-

An answer is to be filed by August 10, 2020.  The status conference is continued to October 27, 2020 at 10:00 a.m.

\###

Date: July 21, 2020

_____
Geraldine Mund
United States Bankruptcy Judge